## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 482 EAL 2016

:

Respondent    :

:   Petition for Allowance of Appeal from

:   the **Published Opinion and Order** of

v.    :   the Superior Court at No. 60 EDA 2016,

:   at 149 A.3d 362 (Pa. Super. 2016)

:   entered on October 20, 2016, **affirming**

MARVIN HILL,    :   the PCRA Order of the Philadelphia

:   County Court of Common Pleas at No.

Petitioner    :   CP-51-CR-0005356-2011 entered on

:   December 22, 2015


## ORDER


**PER CURIAM**

     **AND NOW**, this 11th day of April, 2017, we **GRANT** the petition for allowance of appeal and **REVERSE** the order of the Superior Court.  The matter is hereby remanded to the Superior Court to reinstate Petitioner's appeal rights nunc pro tunc consistent with Commonwealth v. Rosado, __ A.3d __, 2016 WL 7008042 (Pa. 2016).